[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-13475
Non-Argument Calendar
_____

D.C. Docket No. 3:04-cr-00206-HES-MCR-10


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NATHANIEL GREEN,
a.k.a. Nate,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 30, 2015)

Before MARTIN, KRAVITCH and ANDERSON, Circuit Judges.

PER CURIAM:

Susan Yazgi, appointed counsel for Nathaniel Green, has moved to withdraw from further representation of Green and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Green's supervised release and imposition of his sentence are **AFFIRMED**.